CARR, Appellant, v. WAKONDA INDEPENDENT CONSOL-
IDATED DISTRICT NO. 2, et al., Respondents.

(178 N. W. 881.)

(File No. 4734.    Opinion filed July 27, 1920.    Rehearing granted
September 24, 1920.)

Election contest, by John M. Carr, against Wakonda Independent Consolidated School District No. 1 of Clay County, South Dakota, and W. O. Knight and others comprising the Board of Education of said School District, involving the legality of the organization of said district, and other issues. From a judgment dismissing the contest, and from an order denying a new trial, plaintiff appeals. Reversed.

See, Hodges v. Snyder, 43 S. D. 166, 178 N. W. 575.

*Kirby, Kirby & Kirby,* for Appellant.

*W. O. Knight,* and *French, Orvis & French,* for Respondents.

GATES, J. This is an election contest involving, among other things, the legality of the attempted organization of Wakonda independent consolidated school district. It appearing from the record that the proceedings for consolidation were begun

in the month of May, 1919, prior to the taking effect of chapter 170, Laws 1919, this cause is governed by the decision in Hodges v. Snyder, 178 N. W. 575.

For the reasons specified in the opinion in that case, the judgment and order appealed from are reversed.

WHITING, J. (dissenting.) For my grounds of dissent, see my dissenting opinion in Hodges v. Snyder.